AO91 (Rev. 12/03)   Criminal Complaint                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs. | **CRIMINAL COMPLAINT**<br><br>Case Number: 7:19-po-09059 |
| Julio Francisco VARGAS<br>AKA Francisco Julio VARGAS<br>IAE<br>Mexico 1961 | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 27, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Julio Francisco VARGAS was encountered by Border Patrol Agents near Hidalgo, Texas on September 29, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on September 27, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Guerrero, Maria E.  Border Patrol Agent
Signature of Complainant

Guerrero, Maria E.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 01, 2019                                        at   McAllen, Texas
Date                                                              City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge              Title of Judge                                        Signature of Judge